UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE POLAR BEAR ENDANGERED SPECIES ACT LISTING AND § 4(d) RULE LITIGATION | Misc. Action No. 08-0764 (EGS) <br><br> MDL Docket No. 1993 <br><br> Honorable Emmet G. Sullivan |
| **This Document Relates To:** *Center for Biological Diversity, et al. v. Kempthorne, et al.*, No. 1:08-cv-2113 | |

### DECLARATION OF JEFFREY W. LEPPO

I, Jeffrey W. Leppo, declare as follows:

1. I am a member of the law firm of Stoel Rives LLP, which represents the Alaska Oil and Gas Association ("AOGA") in this centralized and consolidated litigation. I am the lead attorney representing AOGA in this litigation.

2. This declaration is provided in support of AOGA's motion to amend the existing intervention order ("Motion to Amend") entered by the U.S. District Court for the Northern District of California ("Transferor Court"). For the convenience of the Court, this declaration provides true and accurate copies of pleadings filed in *Center for Biological Diversity v. Kempthorne*, which is one of the cases centralized and consolidated before this Court.

3. The following exhibits are attached to this declaration:

   - **Exhibit 1** is a copy of the Transferor Court's Order Granting in Part Motions for Leave to Intervene by Alaska Oil and Gas Association and Arctic Slope Regional Corporation ("Intervention Order"), which is Docket No. 139 in the *CBD v. Kempthorne* litigation. AOGA's pending Motion to Modify seeks modification of the Intervention Order.

DECLARATION OF JEFFREY W. LEPPO - 1

- **Exhibit 2** is a copy of the Declaration of Marilyn Crockett filed as Docket No. 97 in the *CBD v. Kempthorne* litigation in support of AOGA's intervention.

- **Exhibit 3** is a copy of the [Proposed] Supplemental Declaration of Marilyn Crockett filed as Docket No. 140-5 in the *CBD v. Kempthorne* litigation in support of AOGA's motion for reconsideration of the Transferor Court's Intervention Order. This declaration was filed as proposed because the local rules of the Transferor Court require that a party wishing to file a motion for reconsideration, first file a motion for leave to seek reconsideration.

- **Exhibit 4** is a true and accurate excerpt (cover page and page 4) from CBD's brief (Docket No. 114) filed in response to AOGA's motion to intervene in the *CBD v. Kempthorne* litigation.

- **Exhibit 5** is a copy of the Transferor Court's Order Denying Intervenor's Motions for Leave to File Motions for Reconsideration, which is Docket No. 211 in the *CBD v. Kempthorne* litigation.

- **Exhibits 6 and 7** are additional intervention orders of the Transferor Court (Docket Nos. 212 and 230) in the *CBD v. Kempthorne* litigation.

- **Exhibits 8 - 11** are copies of docket reports showing the minute intervention orders of this Court entered in cases centralized and consolidated with the *CBD v. Kempthorne* litigation.

- **Exhibit 12** - is a true and accurate excerpt (pages 1, 33-37) from CBD's Second Amended Complaint, which is Docket No. 126 in *CBD v. Kempthorne*.

I swear under penalty of perjury under the laws of the United States that the foregoing declaration is true and correct to the best of my knowledge, information and belief.

Dated this 7th of January, 2009.

Jeffrey W. Leppo, DC Bar No. 493482

DECLARATION OF JEFFREY W. LEPPO - 2