IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE POLAR BEAR ENDANGERED SPECIES ACT LISTING AND § 4(d) RULE LITIGATION | Misc. Action No. 08-0764 (EGS)<br><br>MDL Docket No. 1993 |
| This Document Relates To:<br><br>*Center for Biological Diversity, et al. v. Kempthorne, et al.,* No. 1:08-cv-2113 | |

**PLAINTIFFS' OPPOSITION BRIEF IN RESPONSE TO ALASKA OIL AND GAS ASSOCIATION'S MOTION TO AMEND TRANSFEROR COURT'S INTERVENTION ORDER**

The Alaska Oil and Gas Association ("AOGA") asks this Court to modify Judge Claudia Wilken's Order granting its intervention as a defendant in *Center for Biological Diversity v. Kempthorne*, No. 1:08-cv-2113, but limiting that intervention to Plaintiffs' Endangered Species Act ("ESA"), 16 U.S.C. §§ 1532, et seq., claims and imposing a 15-page limit on its briefs. *In re Polar Bear Listing and 4(d) Rule Litigation*, Misc. Action No. 08-764 (EGS), MDL Docket No. 1993 (January 7, 2009) (Intervenor-Defendant Alaska Oil and Gas Association's Motion to Amend Transferor Court's Intervention Order) ("Motion"). AOGA seeks an order allowing it to intervene in Plaintiffs' other claims, asserted under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 500, et seq., and the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321, et seq., and striking down Judge Wilken's page limits.

The Court should stay a decision on this motion until after the case management conference. The issues AOGA raises will either be addressed in the case management statement and order or the issues will likely change as a result of amendments to the pleadings.

First, the issue of appropriate page limits will be addressed in the parties' proposed Scheduling Order and Case Management Plan. *See In re Polar Bear Listing and 4(d) Rule Litigation*, Misc. Action No. 08-764 (EGS), MDL Docket No. 1993 (December 12, 2008) (Initial Practice & Procedure Order). There is thus no need for the Court to modify the page limits imposed by Judge Wilken on all intervenors in the *Center for Biological Diversity* case at this time.

Second, while Plaintiffs do not object in principle to AOGA's intervention in either its NEPA or its APA claims, as AOGA itself points out, in December the federal Defendants issued a final 4(d) Rule in place of the "interim final" 4(d) rule that Plaintiffs' Second Amended Complaint challenges under these statutes. 73 Fed. Reg. 76249 (Dec. 16, 2008); Motion at p.8. Plaintiffs in this case—and presumably plaintiffs in the other cases that also challenge the 4(d) rule—will seek leave to amend their Complaint in light of this recent action. Amendments to pleadings will also be addressed in the parties' proposed Scheduling Order and Case Management Plan. Thus, the very claims that AOGA asks to intervene in now may well change.

Given that the parties are currently engaged in drafting proposed Scheduling Order and Case Management Plan and that the Court has already scheduled Initial Scheduling and Case Management Conference, Plaintiffs respectfully request that the Court deny AOGA's motion, or, in the alternative, stay consideration of the motion until

such time as it issues a Scheduling Order and Case Management Plan.

                                                Respectfully submitted,

                                                /s/ Benjamin Longstreth
Benjamin Longstreth (DC Bar # 974015)
Andrew Wetzler
Natural Resources Defense Council
1200 New York Ave., N.W. Suite 400
Washington, D.C. 20005
Telephone: 202-289-6868
Facsimile: 202-289-1060
blongstreth@nrdc.org
awetzler@nrdc.org

Michael Senatore (DC Bar # 453116)
Center for Biological Diversity
1601 Connecticut Avenue, N.W., Suite 701
Washington, D.C. 20009
Telephone: 202-232-1216
Facsimile: 202-232-1217
msenatore@biologicaldiversity.org

Brendan Cummings
Kassia Siegel
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Telephone: 760-366-2232
Facsimile: 760-366-2669
bcummings@biologicaldiversity.org
ksiegel@biologicaldiversity.org

Dated: January 16, 2009

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of January 2009, I electronically filed using the CM/ECF system, which will then send a notification of such filing to all parties to the *In re Polar Bear Listing and 4(d) Rule Litigation* through the CM/ECF system.

/s/  Benjamin Longstreth