IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE POLAR BEAR ENDANGERED SPECIES ACT LISTING AND § 4(d) RULE LITIGATION )<br><br>This Document Relates To:<br>*SAFARI CLUB INTERNATIONAL,*<br>*ET AL. V. SALAZAR,* 08-881 | Misc. Action No. 08-0764 (EGS)<br>MDL DOCKET NO. 1993 |

**UNOPPOSED MOTION FOR ORAL HEARING PURSUANT TO LOCAL CIVIL RULE 7(F) BY PLAINTIFFS SAFARI CLUB INTERATIONAL AND SAFARI CLUB INTERNATIONAL FOUNDATION AND MEMORANDUM IN SUPPORT**

**MOTION**

Pursuant to Local Rule 7(f), Plaintiffs Safari Club International and Safari Club International Foundation ("SCI and SCIF") move for an oral hearing on the Federal Defendants' Motion to Dismiss Plaintiffs' Complaint (Dkt. 21-2).  Counsel for SCI and SCIF contacted counsel for Federal Defendants and Defendant-Intervenors.  The Federal Defendants do not oppose this motion.  Although counsel for each set of Defendant-Intervenors indicated that he takes no position on SCI and SCIF's Motion for an Oral Hearing, SCI and SCIF are treating this motion as unopposed because neither group of Defendant-Intervenors filed a motion or joined in the Federal Defendants' motion to dismiss.

**MEMORANDUM IN SUPPORT**

Under Local Rule 7(f), "[a] party may in a motion or opposition request an oral hearing, but its allowance shall be within the discretion of the court."[1] SCI and SCIF ask the Court to exercise its discretion to allow an oral hearing because the Federal Defendants' motion seeks dismissal without prejudice of SCI and SCIF's complaint. Among other things, an oral hearing gives SCI and SCIF an opportunity to address any issues raised in the Federal Defendants' Reply brief and respond to any questions the Court may have. Of course, the Court is in the best position to determine whether an oral hearing would assist in the resolution of the motion before the Court.

For all these reasons, Plaintiffs SCI and SCIF ask the Court to schedule an oral hearing on the Federal Defendants' Motion to Dismiss Plaintiffs' Complaint.

Dated this 10th day of March, 2009

Respectfully submitted,

/s/ Douglas S. Burdin
Douglas S. Burdin (DC Bar No. 434107)
Anna M. Seidman (DC Bar No. 417091)
Safari Club International
501 2nd Street NE
Washington, DC 20002
Tel.:   (202) 543-8733
Fax:   (202) 543-1205
dburdin@safariclub.org
aseidman@safariclub.org

*Counsel for Plaintiffs,*
*Safari Club International and*
*Safari Club International Foundation*

---

[1] Although the rule suggests that the party request an oral hearing in the "opposition," the Clerk's office instructed SCI and SCIF to file by separate motion.

2