# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE POLAR BEAR ENDANGERED SPECIES ACT LISTING AND § 4(d) RULE LITIGATION | ) ) ) ) ) ) | |
| This Document Relates To: *American Petroleum Institute, et al. v. Salazar, et al.*, Case No. 1:08-cv-1496[1] | ) ) ) ) | **Misc. Action No. 08-0764 (EGS)** **MDL Docket No. 1993** |

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

1.      Pursuant to the Court's February 26, 2009 Scheduling Order and Fed. R. Civ. P. 15(a)(2), Plaintiffs the American Petroleum Institute ("API"), the Chamber of Commerce of the United States of America ("the Chamber"), the National Mining Association ("NMA"), the National Association of Manufacturers ("NAM"), and the American Iron and Steel Institute ("AISI") (collectively "the Associations") hereby move the Court for leave to amend their complaint, filed August 27, 2008, for the reasons explained below.  A copy of the amended complaint is attached to this motion.  Pursuant to LCvR 7(m), on March 12, 2009, undersigned counsel for the Associations consulted with counsel for Defendants, Ms. Kristen Floom, who indicated that Defendants do not oppose this motion.

2.      On August 27, 2008, the Associations filed a complaint under Section 702 of the Administrative Procedure Act ("APA"), 5 U.S.C. § 702, seeking review of a discrete provision of a final agency action by Defendants, Ken Salazar, Secretary of the United States Department

---

[1] Under Fed. R. Civ. P 25(d), Ken Salazar, the new Secretary of the United States Department of the Interior, and Rowan Gould, Acting Director of the United States Fish and Wildlife Service, are substituted for their predecessors Dirk Kempthorne and H. Dale Hall.

of Interior ("Secretary"), Rowan Gould, Acting Director of the United States Fish and Wildlife

Service ("Director"), and the United States Fish and Wildlife Service ("FWS"), entitled

Endangered and Threatened Wildlife and Plants; Special Rule for the Polar Bear; Interim Final

Rule, 73 Fed. Reg. 28306 (May 15, 2008) (hereinafter the "Interim 4(d) Rule").

3.      On December 16, 2008, Defendants issued a final 4(d) Rule, which amended

certain provisions of the Interim 4(d) Rule, including the discrete provision challenged in the

Associations' original complaint.  *See* 73 Fed. Reg. 76249 (Dec. 16, 2008) ("Final 4(d) Rule").

4.      The Associations therefore seek leave to amend their complaint to conform it to

the Final 4(d) Rule.

WHEREFORE the Associations respectfully request that the Court grant this Motion for

Leave and deem filed the attached First Amended Complaint.

Respectfully submitted,


___/s/ John C. Martin_____
John C. Martin, D.C. Bar # 358679
Duane A. Siler, D.C. Bar # 256339
Patton Boggs LLP
2550 M Street N.W.
Washington, D.C. 20037
Tel:  202-457-6000
Fax:  202-457-6315
jmartin@pattonboggs.com
dsiler@pattonboggs.com
mwalter@pattonboggs.com

*Counsel for Plaintiffs,*
*American Petroleum Institute, et al.*

Harry Ng, D.C. Bar # 416604
General Counsel & Group Director
American Petroleum Institute
Office of General Counsel
1220 L. Street, NW

5011632

Washington, DC 20005
Tel:  (202) 682-8260

*Counsel for the American Petroleum
Institute*

Robin S. Conrad, D.C. Bar # 342774
Amar D. Sarwal, D.C. Bar # 476007
National Chamber Litigation Center, Inc.
1615 H Street, NW
Washington, DC 20062
Tel:  (202) 463-5337

*Counsel for the Chamber of Commerce
of the United States of America*

Tawny Bridgeford, D.C. Bar # 489432
Associate General Counsel
National Mining Association
101 Constitution Ave, NW
Suite 500 East
Washington, D.C. 20001-2133
Tel:  (202) 463-2600

*Counsel for the National Mining Association*

Quentin Riegel, D.C. Bar # 255521
National Association of Manufacturers
1331 Pennsylvania Ave., N.W.
Washington, D.C. 20004-1790
Tel:  202-637-3000

*Counsel for the National Association of
Manufacturers*

Barton Green, D.C. Bar # 329771
General Counsel
American Iron and Steel Institute
1140 Connecticut Ave., N.W.
Suite 705
Washington, D.C. 20037
Tel:  202-452-7100

*Counsel for American Iron and Steel Institute*

DATED: March 13, 2009

3

5011632