UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE POLAR BEAR ENDANGERED SPECIES ACT LISTING AND § 4(d) RULE LITIGATION | ) ) ) ) ) ) ) ) ) ) | Misc. Action No. 1:08-mc-00764-EGS MDL DOCKET NO. 1993 |
| This Document Relates To: ALL CASES |  |  |

**UNOPPOSED MOTION FOR ENTRY OF STIPULATION AND PROPOSED ORDER REGARDING INTERVENTION OR, ALTERNATIVELY, TO EXTEND THE FILING DEADLINE FOR INDIVIDUAL INTERVENTION MOTIONS**

Following discussion of intervention at the Case Management Conference held in court on February 9, 2009, the current parties to this consolidated action have reached an agreement regarding intervention that applies to all of the consolidated cases in this litigation except for Case No. 1:09-cv-245, *Conservation Force, et al. v. Kempthorne, et al.* ("*Conservation Force*"). The parties jointly request that the Court enter the proposed order, thereby resolving intervention issues in all but the *Conservation Force* case.[1]

This stipulation and proposed order concerns only *current* parties to one or more of the pending and consolidated cases. Accordingly, the consolidated litigation record already establishes the interests of the parties sufficient to meet the requirements of Federal Rule of Civil Procedure 24. Based upon the parties' previously established interests, the D.C. Circuit's

---

[1] Although Conservation Force and the other plaintiffs in Case No. 1:09-cv-245 have declined to stipulate to any interventions in their case, they do not oppose entry of the proposed stipulation and order as to all the other consolidated cases.

1

"liberal approach to intervention," the parties' stipulation,[2] and the benefits of simplifying the intervention process in this complex action in order to avoid burdening the Court and the parties with a large number of intervention motions, the parties collectively request entry of the proposed Stipulation and Order.  *See, e.g., The Wilderness Society v. Babbitt*, 104 F.Supp. 2d 10 (D.D.C. 2000).

Alternatively, if the Court denies this motion, thereby requiring the filing of individual party-by-party and case-by-case motions to intervene, the parties respectfully request that the Court extend the current deadline for the filing of intervention motions to a date fourteen (14) days after the Court issues an order on this motion.[3]

This motion is being filed by counsel for the Alaska Oil and Gas Association[4] on behalf of, and pursuant to the consent of, all the signatory parties to the accompanying stipulation.

DATED this 13th day of March, 2009.

          STOEL RIVES LLP

          /s/ Jeffrey W. Leppo
          JEFFREY W. LEPPO, DC Bar #493482
          RYAN P. STEEN
          600 University Street, Suite 3600
          Seattle, Washington  98101
          Telephone:  (206) 386-7641
          Facsimile:  (206) 386-7500
          Email:  jwleppo@stoel.com

---

[2] Federal Defendants take no position regarding the merits of intervention in these consolidated cases.  Counsel for the Federal Defendants have nevertheless executed the accompanying stipulation and join in this motion to avoid litigation on motions to intervene.

[3] The current deadline for the filing of motions to intervene is March 20, 2009.  *See* Docket No. 20.

[4] In this event that this motion is granted, the Alaska Oil and Gas Association's pending motion to amend the transferor court's intervention order in Case No. 1:08-cv-2113 should be deemed withdrawn and/or moot.  *See* Docket No. 5.  Should the Court deny this stipulated motion, the pending motion to amend intervention would remain ripe for a decision.

**Certificate of Service**

I hereby certify that on March 13, 2009, I electronically filed the foregoing *Unopposed Motion for Entry of Stipulation and Proposed Order Regarding Intervention or, Alternatively, to Extend the Filing Deadline for Individual Intervention Motions*, including the accompanying *[Proposed] Stipulation and Order Regarding Intervention* with the Clerk of the Court for the United States District Court – District of Columbia by using the CM/ECF system.  Participants in this case No. 1:08-mc-00764-EGS who are registered CM/ECF users will be served by the CM/ECF system.  I have emailed and mailed via U.S. First Class Mail the foregoing documents to the following non-CM/ECF participants:

Clifford Eugene Stevens
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street, NW
Washington, DC  22201
Email:  clifford.stevens@usdoj.gov


                                        /s/ Jeffrey W. Leppo