UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE POLAR BEAR ENDANGERED SPECIES ACT LISTING AND § 4(d) RULE LITIGATION ) ) ) ) ) | |
| ) | Misc. Action No. 1:08-mc-00764-EGS |
| ) | MDL DOCKET NO. 1993 |
| This Document Relates To: ) ALL CASES ) ) | |

## [PROPOSED] STIPULATION AND ORDER REGARDING INTERVENTION

1. Following discussion of intervention at the Case Management Conference held in court on February 9, 2009, the current parties to this consolidated action have reached an agreement regarding intervention. The parties intend for this Stipulation and Order to consolidate and simplify the intervention process in all but one of the pending cases included in this action. Specifically, this Stipulation and Order applies to the following cases:

- No. 1:08-cv-0881, *Safari Club Int'l, et al. v. Kempthorne, et al.* ("*Safari Club Import*")

- No. 1:08-cv-1352, *State of Alaska v. Kempthorne, et al.* ("*Alaska*")

- No. 1:08-cv-1496, *American Petroleum Instit. et al. v. Kempthorne, et al.* ("*API*")

- No. 1:08-cv-1550, *Safari Club Int'l, et al. v. Kempthorne, et al.* ("*Safari Club Listing*")

- No. 1:08-cv-1689, *California Cattlemen's Ass'n, et al. v. Kempthorne, et al.* ("*CCA et al.*")

- No. 1:08-cv-2113, *Center for Biological Diversity, et al. v. Kempthorne, et al.* ("*CBD*")

1

- No. 08-cv-4660 (E.D. Pa.), *Hershey v. Kempthorne*, and No. 08-cv-4662 (E.D. Pa.), *Kreider v. Kempthorne*, ("*Hershey and Kreider*")

- No. 1:09-cv-153, *Defenders of Wildlife v. U.S. Dep't of the Interior, et al.* ("*Defenders*")

The above-referenced cases are referred to herein as the "Consolidated Cases."

2.   The following party designations shall be used in this Order:

"Federal Defendants" collectively shall refer to the Secretary of the Interior, the United States Department of the Interior, the U.S. Fish and Wildlife Service ("Service"), and the Director of the Service.

"Alaska" shall refer to the State of Alaska.

"API et al." collectively shall refer to the American Petroleum Institute, Chamber of Commerce of the United States of America, National Mining Association, National Association of Manufacturers, and American Iron and Steel Institute.

"AOGA" shall refer to the Alaska Oil and Gas Association.

"ASRC" shall refer to the Arctic Slope Regional Corporation.

"EEI" shall refer to Edison Electric Institute.

"NPRA" shall refer to National Petrochemical and Refiners Association.

"Safari Club" collectively shall refer to Safari Club International and Safari Club International Foundation.

"CBD et al." collectively shall refer to the Center for Biological Diversity, Natural Resources Defense Council, and Greenpeace.

"Defenders" shall refer to Defenders of Wildlife.

"HSUS et al." collectively shall refer to the Humane Society of the United States, International Fund for Animal Welfare, and Defenders of Wildlife.

"CCA et al." collectively shall refers to California Cattlemen's Association and the Congress of Racial Equality.

"Hershey and Kreider" shall refer to the plaintiffs in *Hershey v. Kempthorne*, Case No. 08-4660 (E.D. Pa.) and *Kreider v. Kempthorne*, Case No. 08-4662 (E.D. Pa.).

"CF" shall refer to Conservation Force.

"CF et al." collectively shall refer to Conservation Force and the other plaintiffs in Case No. 1:09-cv-245.

3. This Stipulation and Order shall apply:

- only to parties to any of the Consolidated Cases as of the date of this Stipulation and Order; and

- to current and amended claims that may be asserted in the Consolidated Cases so that it will not be necessary for any existing party to seek further intervention, or for the court to enter an order regarding further intervention by the existing parties, as to amended claims.

4. This Stipulation and Order does not address or apply to:

- intervention by any entity or person who is not currently a party to these Consolidated Cases but who may desire intervention in any of the Consolidated Cases in the future; or

- intervention by a current or future party in subsequent cases that are consolidated with these Consolidated Cases.

- case No. 1:09-cv-245, *Conservation Force, et al. v. Kempthorne, et al.* ("*Conservation Force*").

5. This Stipulation and Order shall supersede the previous intervention orders issued by the Northern District of California in *CBD* as to intervention by AOGA, ASRC, EEI, NPRA and API et al., and reaffirms the previous intervention orders issued by this Court in those cases originally filed in this District.

6. As set forth in the table below, each party listed under the "Plaintiff-Intervenor(s)" column is hereby granted intervention as a plaintiff-intervenor in all claims in the case or cases for which the party is listed.[1] Similarly, each party listed under the "Defendant-Intervenor(s)" column is hereby granted intervention as a defendant-intervenor in all claims in the case or cases for which the party is listed. For the ease of the Court's and the parties' reference, all parties to each of the Consolidated Cases are identified in the table below. All plaintiffs in each case are listed under the "Plaintiff(s)" column and all defendants are listed under the "Defendants" column.

| Case | Plaintiff(s) | Plaintiff – Intervenor(s) | Defendants | Defendant-Intervenors |
|---|---|---|---|---|
| *Safari Club Import* | Safari Club | | Federal Defendants | CBD et al. HSUS et al. |
| *Alaska* | Alaska | CCA et al. | Federal Defendants | CBD et al. Defenders |
| *API* | API et al. | | Federal Defendants | CBD et al. Defenders |
| *Safari Club Listing* | Safari Club | | Federal Defendants | CBD et al. Defenders |

---

[1] Conservation Force is listed on the table below insofar as it was previously granted limited intervention by the District Court for the Northern District of California in *CBD*. The terms of this order do not alter, limit, or expand the terms of the previous intervention order entered by the District Court for the Northern District of California with respect to Conservation Force.

4

Case 1:08-mc-00764-EGS   Document 28-2   Filed 03/13/2009   Page 5 of 9

| Case | Plaintiff(s) | Plaintiff – Intervenor(s) | Defendants | Defendant-Intervenors |
|---|---|---|---|---|
| *CCA et al.* | CCA et al. | | Federal Defendants | CBD et al. Defenders |
| *CBD* | CBD et al. | | Federal Defendants | AOGA ASRC NPRA EEI API et al. CF Alaska Safari Club |
| *Hershey and Kreider* | Hershey and Kreider | | Federal Defendants | CBD et al. HSUS et al. |
| *Defenders* | Defenders | | Federal Defendants | AOGA ASRC NPRA EEI API et al. Alaska |

7.   Answers by Defendant-Intervenors to the Plaintiffs' complaints, or to amended complaints, shall be due on the same date as answers are due by the Federal Defendants. For those cases in which the Federal Defendants have already answered the complaint, answers by Defendant-Intervenors shall be due thirty (30) days from the date of this order.

8.   The complaint in intervention by Plaintiff-Intervenor CCA et al. in the *Alaska* case shall be filed no later than fourteen (14) days after the date of this order. Answers by Defendant-Intervenors to the complaint in intervention shall be due as provided in paragraph 7 above.

**IT IS SO ORDERED.**

DATE: 3/17/, 2009

Emmet G. Sullivan
United States District Judge

**STIPULATED BY:**

| **Counsel for Alaska Gas and Oil Association:** | **Counsel for Federal Defendants:** |
|---|---|
|  | RONALD J. TENPAS |
|  | Assistant Attorney General |
|  | United States Department of Justice |
|  | Environmental & Natural Resources Division |
| /s/ Jeffrey W. Leppo | JEAN E. WILLIAMS, Chief |
| JEFFREY W. LEPPO, DC Bar #493482 | LISA LYNNE RUSSELL, Assistant Chief |
| RYAN P. STEEN |  |
| STOEL RIVES LLP | /s/ Kristen Byrnes Floom |
| 600 University Street, Suite 3600 | KRISTEN BYRNES FLOOM, Trial Attorney |
| Seattle, Washington 98101 | DC Bar NO. 469615 |
| Telephone: (206) 386-7641 | CLIFFORD EUGENE STEVENS |
| Facsimile: (206) 386-7500 | United States Department of Justice |
| Email: jwleppo@stoel.com | Environmental & Natural Resources Division |
| Email: rpsteen@stoel.com | Wildlife and Marine Resources Section |
|  | Benjamin Franklin Station, PO Box 7369 |
|  | Washington, DC 20044-7369 |
|  | Telephone: (202) 305-0340 |
|  | Facsimile: (202) 305-0275 |
|  | Email: Kristen.Floom@usdoj.gov |

**Counsel for the State of Alaska:**

/s/ Murray D. Feldman
MURRAY D. FELDMAN
HOLLAND & HART LLP
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
Email: mfeldman@hollandhart.com

CRAIG D. GALLI
HOLLAND & HART LLP
60 E. South Temple, Suite 2000
Salt Lake City, UT 84111-1031
Telephone: (801) 799-5800
Facsimile: (801) 364-9124
Email: cgalli@hollandhart.com

Bradley E. Meyen
Assistant Attorney General
State of Alaska
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5100
Facsimile: (907) 279-2834
Email: brad.meyen@alaska.gov

**Counsel for Edison Electric Institute:**

/s/ J. Michael Klise
J. MICHAEL KLISE
STEVEN P. QUARLES
CHET M. THOMPSON
THOMAS R. LUNDQUIST
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: jmklise@crowell.com

**Counsel for Center for Biological Diversity, Natural Resources Defense Council and Greenpeace, Inc.:**

/s/ Brendan Cummings
BRENDAN CUMMINGS
KASSIA SIEGEL
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org
Email: ksiegel@biologicaldiversity.org

BENJAMIN LONGSTRETH
(DC BAR # 974015)
ANDREW WETZLER
REBECCA RILEY
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave., N.W. Suite 400
Washington, DC 20005
Telephone: (202) 289-6868
Facsimile: (202) 289-1060
Email: blongstreth@nrdc.org
Email: awetzler@nrdc.org
Email: rriley@nrdc.org

**Counsel for Humane Society of the United States, International Fund for Animal Welfare and Defenders of Wildlife:**

/s/ Howard M. Crystal
HOWARD M. CRYSTAL
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Ave., N.W.
Suite 700
Washington, DC 20009-1035
Telephone: (202) 588-5206
Facsimile: (202) 588-5049
Email: howardcrystal@meyerglitz.com

**Counsel for Arctic Slope Regional Corporation:**

/s/ Margaret N. Strand
MARGARET N. STRAND
JOHN F. COONEY
VENABLE, LLP
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-4699
Facsimile: (202) 344-8300
Email: mstrand@venable.com
Email: jfcooney@venable.com

JEFF FELDMAN
KEVIN CUDDY
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
Email: feldman@frozenlaw.com
Email: cuddy@frozenlaw.com

**Counsel for Safari Club International and Safari Club International Foundation:**

/s/ Douglas S. Burdin
DOUGLAS S. BURDIN (DC Bar No. 434107)
ANNA M. SEIDMAN
SAFARI CLUB INTERNATIONAL
501 2nd Street NE
Washington, DC 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
Email: dburdin@safariclub.org

**Counsel for the National Petrochemical and Refiners Association:**

/s/ Roger R. Martella
ROGER R. MARTELLA
RACHEL A. DOUGAN
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
Email: rmartella@sidley.com
Email: rdougan@sidley.com

SAMUEL R. MILLER
ANDREW M. AMERSON
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
Email: srmiller@sidley.com
Email: aamerson@sidley.com

**Counsel for Defenders of Wildlife:**

/s/ Brian Segee
BRIAN SEGEE
DEFENDERS OF WILDLIFE
1130 Seventeenth Street, N.W.
Washington, DC 20036
Telephone: (202) 682-9400
Facsimile: (202) 682-1331
Email: bsegee@defenders.org

**Counsel for California Cattlemen's Association, and the Congress of Racial Equality:**

/s/ M. Reed Hopper
M. REED HOPPER
THEODORE HADZI-ANTICH
DAMIEN S. SCHIFF
PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: mrh@pacificlegal.org
Email: tha@pacificlegal.org
Email: dms@pacificlegal.org

**Counsel for Hershey and Kreider:**

/s/ Sean E. Summers
SEAN E. SUMMERS
BARLEY SNYDER LLC
100 East Market Street
York, PA 17401
Telephone: (717) 852-4997
Facsimile: (717) 843-8492
Email: ssummers@barley.com

**Counsel for American Petroleum Institute, Chamber of Commerce of the United States of America, National Mining Association, National Association of Manufacturers, and American Iron & Steel Institute:**

/s/ John C. Martin
JOHN C. MARTIN
DUANE A. SILER
MICHELE L. WALTER
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Email: jmartin@pattonboggs.com
Email: dsiler@pattonboggs.com
Email: mwalter@pattonboggs.com