UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, SAFARI CLUB INTERNATIONAL FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity, H. DALE HALL, in his official capacity, UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Civ. No. 08-0881 (EGS) |

### DECLARATION OF VICKI BURNS

I, Vicki Burns, hereby declare as follows:

1.  I reside at 440 Waverley St. Winnipeg, Manitoba R3M3L4. I have personal knowledge of the matters set forth herein.

2.  I am currently a member of the International Fund for Animal Welfare (IFAW). I support and donate to IFAW because I am concerned about wildlife and animals in general. I have a particular interest in the protection of polar bears in the wild, and began supporting IFAW because of their efforts to protect polar bears in Canada.

3.  I am very interested in polar bear conservation and I rely upon IFAW to advocate for the survival of polar bears on my behalf. In addition, I expect IFAW to keep me informed of the status of polar bear conservation and of the current threats facing polar bears.

4.  I live in Manitoba, where polar bears are frequently seen. Because of their unique place in the food chain, their health is very symbolic to me of the

planet's health. While I have never seen a polar bear in the wild, I am active in conservation efforts directed at protecting these wild animals. Over a decade ago, I traveled to Churchill, during the off-season for polar bear sightings, to encourage the discontinuation of capturing polar bears. I traveled at this time because I expected less opposition because nobody would be there hunting, a factor which I believe might have distracted the locals from the true point of my arguments. This willingness to travel to a locale known for polar bears when I knew they would not be present simply to argue for their rights is a clear indication of the esteem in which I hold these animals.

5. I will return to Churchill in the next few years, this time during polar bear season. I look forward to seeing polar bears in their natural habitat during this and future visits to this area, which is one of the areas where U.S. sport hunters kill polar bears for import into the United States. While there, I intend not only to encourage safe hunting practices and discourage catching polar bears by the locals, but I would also like to engage other visitors in conversation. I believe that spreading knowledge of the plight of polar bears is of the utmost importance.

6. I believe that importing polar bears from Canada, when the U.S. government has made hunting these animals within its borders is ludicrous. Not only does it undermine the value of that government's conservation efforts, but it affects all people. I believe that people benefit in general from respecting wildlife, and there is certainly no respect in killing polar bears in a nation which allows it so you can simply transport a "trophy" to your own nation, which does not. I believe that this act also shows the lack of respect U.S. hunters have for

their own government, which is obviously a state of mind that the U.S. should not wish perpetuated.

7. I am depressed and offended by the thought that human actions may contribute to the loss of an entire species, especially one as noble as the polar bear. If IFAW was to prevail in this suit, I would gain a sense of hope. A court finding that polar bear carcasses butchered for "sport" cannot be imported to the United States would show me that human beings are able to exhibit the self control critical to protecting our planet.

8. While I have never seen polar bears in the wild, I am comforted knowing that they are out there, and have appreciated their contributions to arctic ecosystems. As I already stated, I plan on returning to Churchill during polar bear season in the near future to watch and enjoy these animals in their natural habitat. I am immensely comforted knowing that I will have the opportunity to see them. However, I would be irreparably harmed if that opportunity was denied to me.

9. Because of my desire to one day view polar bears in the wild, and danger they are already enduring as their habitat is degraded by global warming, I rely upon IFAW to argue to protect these animals from other dangers, such as sport hunting. While the solution to the global warming threat must be thought out carefully due to its far-reaching effects, the importation of polar bear "trophies" has been made illegal within the United States, and that should help reduce the danger from American hunters. Such a simple measure could greatly improve the polar bear's chance at survival.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Vicki Burns*
Vicki Burns

June 11, 2008

-4-