UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAFARI CLUB INTERNATIONAL,
SAFARI CLUB INTERNATIONAL
FOUNDATION,

Plaintiffs,

v.

DIRK KEMPTHORNE, in his official
capacity, H. DALE HALL, in his
official capacity, UNITED STATES
FISH AND WILDLIFE SERVICE,

Defendants.

Civ. No. 08-0881 (EGS)

## DECLARATION OF NAOMI A. ROSE

I, Naomi A. Rose, hereby declare as follows:

1.  I am the Senior Scientist for the International Policy division of Humane Society International, the international arm of The Humane Society of the United States ("The HSUS"). I received a Bachelor of Arts degree in biology in 1984 from Mount Holyoke College and my Ph.D. in biology from the University of California at Santa Cruz in 1992. My dissertation was on the social dynamics of killer whales (orcas).

2.  As Senior Scientist, my job functions include: reviewing and evaluating scientific literature related to marine mammals and their protection under foreign and domestic conservation regimes; reviewing and evaluating proposed legislation and regulations and writing comments on proposed administrative agency rulemakings relating to marine mammals on behalf of The HSUS; participating in conferences, task forces, committees, work groups, and

planning meetings relating to the conservation and protection of marine mammals; and testifying before legislative and administrative governmental entities.

3. By example, I regularly review and evaluate information published by the World Conservation Union's (IUCN) Polar Bear Specialist Group, the U.S. Fish and Wildlife Service and its Polar Bear Program, and other sources on trends in polar bear population data, threats and risks faced by polar bear populations, and polar bear management and conservation measures. I have written several comments to the U.S. Fish and Wildlife Service on proposed rulemakings concerning polar bears, including comments for The HSUS on the listing of the polar bear as a threatened species under the ESA. I have also provided testimony in congressional and agency hearings on polar bear conservation.

4. The HSUS is a non-profit membership organization with more than 10.5 million members and constituents. The mission of The HSUS is to create a humane and sustainable world for all animals, through education, advocacy, and the promotion of respect and compassion. The HSUS protects all animals through legislation, litigation, investigation, public education, special events, and field work.

5. The HSUS intervenes here on its own behalf and on behalf of its members, many of whom enjoy, appreciate and benefit from the presence of the polar bear and have had a long-standing interest in polar bear conservation. The HSUS has long worked for conservation of the polar bear and other top predators that play a critical role in their ecosystems and are indicator species for ecosystem health. Many of The HSUS' members regularly enjoy and will continue to enjoy educational, recreational and scientific activities dependent on healthy and sustainable polar bear populations, including observing and photographing polar bears, and learning about polar bear behavior, habitat and conservation efforts in

guided eco-tourist activities. Consequently, the interests of The HSUS and its members will be directly and indirectly harmed if as a result of this litigation, the importation into the United States of sport-hunted polar bear trophies is allowed to resume once again.

6.  Conservation of polar bears is an organizational priority of The HSUS. The HSUS and Humane Society International have sought to increase protections for polar bears not only in the United States but also internationally. The HSUS has written letters and comments to the U.S. Fish and Wildlife Service, including comments on the listing of polar bears as threatened under the Endangered Species Act ("ESA"), detailing the need to examine more closely trends in and reasons for polar bear population declines, uncertainty in available data, and for a more precautionary approach to conserving polar bears. HSUS staff have also attended and participated in meetings of the Parties to the Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES"), to which the United States is a Party, where the conservation of polar bears has been discussed.

7.  The HSUS has written extensively to the Canadian government and officials from the Nunavut territory in northern Canada in an effort to address misconceptions about the degree and sources of threats and risks, and concerns over the management of, polar bear populations. The HSUS also wrote to the government of Greenland in 2005 criticizing its lack of quotas to limit the number of polar bears killed by native hunters, and a proposal – ultimately abandoned – to issue permits to foreign sport hunters for the first time.

8.  When the United States was considering entering into a bilateral agreement with Russia concerning cooperative efforts to conserve polar bears, The HSUS was one of only a few non-governmental organizations to consult with the

3

U.S. Fish and Wildlife Service on the matter. Upon negotiation of the agreement in 2000, The HSUS lobbied for ratification of the agreement by the Senate once it was completed. The Senate ratified the agreement in 2003, and it became effective in September 2007.

9. The HSUS' advocacy has also included specific efforts to end the hunting of polar bears for sport and trophy collection. The HSUS specifically seeks to educate its members, the greater conservation community, the general public, and governmental officials in the United States and across the globe as to the deleterious effects that sport hunting can have on threatened populations – particularly polar bear populations.

10. Prior to the enactment of the Marine Mammal Protection Act ("MMPA") in 1972, sport hunting of polar bears was a primary cause of the dramatic decline of polar bear populations. Even as late as 1984, the Department of Renewable Resources of the Northwest Territories of Canada, in which the majority of the world's polar bear populations are found, recognized hunting as the primary factor for the decline in polar bear populations, stating in its Report on the Life History and Known Distribution of Polar Bear in the Northwest Territories up to 1981 ("Northwest Territories Report") that: "Polar bears have few enemies apart from man. Of all the mortality factors affecting this species, hunting is by far the most important."

11. Polar bears rely on high adult survivorship to maintain their population numbers. Prime age adults, between the ages of 5 and 20 years, have survival rates that can exceed 90%. Juveniles and subadults are more susceptible than are prime age adults to all sources of mortality and thus appear to be affected

4

to a greater extent by the hardships of degraded habitat, reduced foraging opportunities, and disappearing ice.

12.  By example, data provided in the U.S. Fish and Wildlife Service's proposed rulemaking to list the polar bear as threatened under the ESA showed that anomalous ice conditions can have a greater affect on juvenile and subadult bears than prime age adults. (72 Fed.Reg. 1067, 1073). The data indicate that survival of prime age adults in Western Hudson Bay was steady during a time of overall population decline due to early onset of sea ice break-up, whereas similar conditions in the Southern Beaufort Sea resulted in the decline of prey species, fewer polar bear cub births, and a decline in the survival of subadults.

13.  Despite polar bears' reliance on high adult survivorship, trophy hunters seek to kill the largest adult animals – generally, the strongest, most genetically robust male bears – which are the most likely to set records. Thus the most desirable sport hunting targets are the very bears, if left unmolested, most likely to survive.

14.  Of the 19 populations of polar bears, 12 populations – and more than half of all polar bears left in the wild – are found entirely or partially within Nunavut in Canada. Unfortunately, the large sums paid for sport hunts by trophy hunters are an incentive, unrelated to sustainability or science, to set unrealistically high hunting quotas. In 2004, Nunavut increased its polar bear hunt quotas by almost 30% without scientific basis and without coordinating this management action with neighboring jurisdictions. This caused the U.S. Fish and Wildlife Service to undertake a review of Nunavut's management regime for polar bears –

including the effects on polar bear populations of increasing quotas for trophy hunting.

15.     Trophy hunters argue that sport hunting for the purpose of producing a trophy is consistent with sound conservation principles, because only adult males are taken instead of females or cubs. This is simply untrue for several reasons. First, according to data presented by the U.S. Fish and Wildlife Service in its proposed rulemaking, well more than half of the polar bears in the world are either of unknown, severely reduced, or declining status. (72 Fed.Reg. 1070). In October 2005, the Service announced findings that the Western Hudson Bay polar bear population – one that many tourists visit to watch and photograph the bears – had decreased by over 16% in only a few years. The World Conservation Union (IUCN) has recently listed the polar bear as "vulnerable" on its Red List, and its Polar Bear Specialist Group has determined that polar bear populations are projected to decline by more than 30 percent in the next 35-50 years and may disappear from most of their range within 100 years. The removal of any reproductively viable member of this species offers no conservation benefit to the species.

16.     Second, unlike other sources of polar bear mortality, trophy hunters target the largest and fittest bears – the animals who may be critical to ensuring the survival of polar bear populations. Male polar bears compete for access to females – the largest bears tend to win these fights and thus contribute their genes to the next generation. Indeed, even the Safari Club International ("SCI"), an organization dedicated to promoting trophy hunting, has previously admitted that the largest adult males are crucial to the stability of polar bear populations in its 1993 Report on its Polar Bear Initiative to amend the MMPA. In this document, SCI argued that

polar bears should never have been protected under the MMPA, because (in SCI's view) scientists never believed the polar bear had been hunted to the point of being "endangered," but rather had only determined that "the absence of large males from stocks would have eventually led to a decline in population.".

17.  Unlike trophy hunting, subsistence hunters do not necessarily target the largest or fittest bears. Moreover, other sources of polar bear mortality generally affect younger, smaller, weaker, or less fit bears. By example, the Northwest Territories Report indicated that starvation or drowning of weak, emaciated and inexperienced bears is common, and weaker bears may also die in mating fights.

18.  The targeting of robust males by trophy hunting will affect the genetic viability of the polar bear population in more ways than simply removing the most viable reproducing males. Polar bears are polygynous, and even though polar bears are not gregarious and social interactions are limited, successful conception may depend on multiple breeding encounters during estrus. In its proposal to list the polar bear as a threatened species under the ESA, the U.S. Fish and Wildlife Service noted that ovulation in polar bears is understood to be induced by mating behavior.

19.  Thus, as noted in The HSUS' comments on the proposed listing, this life history characteristic may, when combined with the results of continued selective take of robust males through trophy hunting, further increase the negative trend in overall reproductive rates in polar bear populations. Not only will declining population numbers cause individuals to become increasingly isolated from one another, resulting in fewer male/female encounters, but fewer females will meet a sufficient number of males to induce ovulation and thus pregnancies and the population may continue to decline.

20. The reduction or elimination of trophy hunting of polar bears would remove a unique and artificial source of mortality that targets the most reproductively viable members of the species. Conversely, if trophy hunting is allowed to continue at previous levels, it is highly likely to contribute to the decline in polar bear populations, and may actually accelerate this problem.

21. Shortly after enactment of the MMPA, the five polar bear range states (the United States, Canada, Greenland, Norway, and Russia) entered into a treaty – the International Agreement on the Conservation of Polar Bears ("Agreement"). The United States' enactment of the MMPA was a factor helping to influence the negotiation of the Agreement.

22. Among other restrictions, the Agreement prohibits any "taking of polar bears" except "for *bona fide* scientific purposes;" "by [a] Party for conservation purposes;" "to prevent serious disturbance of the management of other living resources;" "by local people using traditional methods in the exercise of traditional rights;" or "wherever polar bears have or might have been subject to taking by traditional means by [a Party's] nationals." Through the beginning of 2008, one or more of the Parties to the Agreement has consistently interpreted its provisions as prohibiting the hunting of polar bears for sport. Since the ratification of the Agreement, none of the range states except Canada have permitted sport hunting of their polar bear populations, only allowing takes by native communities for traditional cultural and subsistence purposes and by others for defense of life.

23. Since the import of sport-hunted polar bear trophies was permitted in 1994, The HSUS has spent considerable resources – especially in the last several years as more evidence of the impacts of climate change on polar bear habitat has become available – to reestablish the polar bear trophy import ban. The HSUS has

8

supported the listing of the polar bear under the Endangered Species Act ("ESA") in significant part because the conservation benefits of listing include designation of the polar bear as "depleted" under the MMPA and an end to the importation of polar bear trophies under the 1994 amendment.

24.  Since import of polar bear trophies was permitted 14 years ago, a large number of polar bear tags issued by the Canadian government have been sold to trophy hunters. Moreover, the number of tags issued to the Nunavut and other native Canadian communities have been inflated in response to the existence of the trophy hunting industry dominated by U.S. hunters. By example, in 2004 the Nunavut territory in northern Canada increased its hunting quotas by almost 30% based solely on local reports that more bears were being seen near villages. This increased sighting rate near villages was more likely due to a redistribution of bears due to receding sea ice than any increase in numbers. Subsequently, Nunavut reduced some of these quotas as scientific observation clarified this situation.

25.  Thus, if the ban on polar bear trophy imports established as a result of the listing of polar bears as threatened under the ESA is maintained, some of the hunting tags given to native communities and previously sold to American trophy hunters may go unused and/or the number of hunting tags authorized by the Canadian government may be reduced. Further, of those hunting tags that are used, most of the tags currently sold to U.S. trophy hunters are unlikely to go to other trophy hunters, and native communities who hunt the polar bears for subsistence and cultural purposes do not take the largest and most fit polar bears like trophy hunters do.

26.  The HSUS has actively advocated for prohibiting the importation of polar bear trophies from Canada. This campaign has not only included efforts to

amend the MMPA directly (e.g., the introduction of the Polar Bear Protection Act, proposed legislation that The HSUS assisted in drafting and which is currently pending in bills introduced in both houses of Congress), but also to advocate for the listing of the polar bear under the ESA, which automatically results in the polar bear being designated a "depleted" species under the MMPA, at which point importation of sport-hunted polar bear trophies is no longer be allowed.

27.     The "depleted" species designation provides additional conservation benefits to polar bears. Not only are permits for the importation of polar bear trophies disallowed now that the species is designated as "depleted," but other permits are also disallowed, such as permits allowing polar bears to be imported for "public display" purposes. Also, the "depleted" species designation requires that a conservation plan be established for the polar bear. Like ESA recovery plans, MMPA conservation plans result in increased study and monitoring of marine mammal populations to ensure their sustainability. If the "depleted" species designation is declared unlawful in this case or otherwise removed, these conservation benefits would be lost.

28.     In advocating for the listing of polar bears under the ESA, The HSUS relied on the fact that such listing would result in a prohibition on imports of sport-hunted polar bear trophies by virtue of the automatic "depleted" designation under the MMPA. In fact, The HSUS' comments on the proposed listing specifically indicated support for the listing for this reason, among others. The HSUS' comments note that a special rule allowing sport-hunted trophy imports under the ESA need not be considered by the U.S. Fish and Wildlife Service, because the listing would automatically trigger a prohibition on the same under the MMPA:

10

> *"Polar bears will automatically be designated depleted under the Marine Mammal Protection Act when they are listed as threatened under the ESA. The import of trophies could be allowed under a special rule of the ESA, should the Service successfully promulgate one, but would regardless be prohibited under the Marine Mammal Protection Act. The point, it seems to us, is moot – no reevaluation will be needed. The imports will de facto be prohibited upon listing."*

The HSUS' advocacy to protect marine mammals relies on this operation of law. If the "depleted" species designation is declared unlawful in this case and is no longer automatic upon listing under the ESA, it will take additional resources to try to ensure that an ESA-listed marine mammal species receives the protections it previously would have had under the MMPA.

29. The United States has been a leader in wildlife conservation worldwide, and decisions by the United States to protect animals under our domestic laws have spurred international response in the past. The listing of polar bears as threatened under the ESA and the consequent ban on importation of sport-hunted polar bear trophies have already triggered further international conservation measures for polar bears – for which The HSUS has been an active advocate – and can be anticipated to continue to do so in the future.

30. Polar bear range states have taken action in response to United States decisions and criticism from the international conservation community (including non-governmental organizations like The HSUS) in the past. By example, The HSUS has been an outspoken critic of management of the M'Clintock Channel polar bear population in Canada, especially after independent scientific evidence from a 3-year study (1998-2000) revealed that there were far fewer bears in the M'Clintock population than Canada's quotas for hunting of the bears could sustain. In early 2001, the U.S. Fish and Wildlife Service reacted to the findings of the study and

drafted a rulemaking to remove the M'Clintock Channel population from the list of populations from which U.S. trophy hunters could import polar bear trophies.

31.   Even though both of the first two years of the study indicated that the population estimate for M'Clintock Channel was "poor," and the data indicated that hunting had significantly reduced population of male bears creating an artificially female-biased sex ratio, the Canadian government did not reduce the hunting quotas for this population. It was not until the United States decided to take action to ban the import of sport-hunted polar bear trophies from the M'Clintock Channel population that Canada began to take remedial efforts, including reducing the number of tags authorized for hunting of the bears.

32.   By further example, in 2005, when Greenland considered issuing permits to foreign sport hunters for the first time, The HSUS wrote to the government of Greenland criticizing the proposal, especially in light of its lack of quotas to limit the number of polar bears killed by native hunters. In response to criticism from many sources, including the decision from the United States to disallow sport-hunted trophies from three polar bear populations shared by Greenland and Canada, the government of Greenland ultimately abandoned the sport hunting proposal, and issued quotas for the first time to limit hunting by native communities.

33.   Notably, Canada has already taken action in response to the United States' listing of polar bears as threatened under the ESA. Canada's Dept of Environment has long claimed that polar bears need not be elevated from a "species of concern" (a status the polar bear was given in 1991) to "threatened" under Canadian law, a claim repeated by Canadian Environment Minister John Baird earlier this year. However, after the United States listed the polar as threatened

12

under the ESA, banning U.S. sport hunters from importing polar bear trophies from Canada, Minister Baird indicated that the Canadian government was considering "changing the status for selected bear populations." (*See* U.S. Lists Polar Bears as Threatened Species, CBC NEWS (May 14, 2008), *available at* http://www.cbc.ca/world/story/2008/05/14/polar-bear.html#).

34. In September 2007 the Nunavut government – which as recently as 2005 increased polar bear hunting quotas by nearly 30% in Nunavut without any scientific basis – reduced hunting quotas from 56 to 38 for the Western Hudson Bay polar bear population. This change appears to have been influenced by the United States' ESA listing deliberations, as well as emerging scientific data on changing polar bear body conditions and populations declines. (*See* Nunavut Slashes Western Hudson Bay Polar Bear Hunt, CBC NEWS (Sept. 21, 2007), *available at* http://www.cbc.ca/canada/north/story/2007/09/21/bear-quota.html).

35. In April of this year, territorial government officials in Canada recommended to the Nunavut Wildlife Management Board that the Baffin Bay polar bear quota be reduced by 40%. Wildlife scientists relying on the same types of computer modeling as the U.S. Fish and Wildlife Service relied on when listing the polar bear under the ESA indicated that this quota reduction was necessary to respond to population declines caused by years of overhunting, and that the issuance of tags may even need to be eliminated as a result. (*See* <u>Hunters, Scientists to Square Off Over Polar Bear Quotas</u>, THE CANADIAN PRESS (Apr. 20, 2008), *available at* http://cnews.canoe.ca/CNEWS/Science/2008/04/20/5340091-cp.html).

36. Further, shortly after the ruling by the U.S. District Court for the Northern District of California that the U.S. Fish and Wildlife Service must publish its rulemaking on the proposed listing by May 15, 2008, the government of Canada

13

entered into a Memorandum of Understanding ("MOU") with the United States to facilitate enhanced efforts to conserve polar bears. The MOU established a Bilateral Oversight Group that will develop a cooperative polar bear conservation action plan.

37. In early 2008, Parties to the 1973 Agreement met for the first time in over 25 years at the request of the United States to discuss the Agreement and collaboration on meeting polar bear conservation challenges. The issue of sport hunting was discussed at this meeting, and Norway, Russia and the United States indicated that they do not anticipate allowing sport hunting of their polar bear populations in the foreseeable future. Another meeting of the Parties was tentatively planned for 2009 in Norway. Thus, the United States' decision to list the polar bear as threatened under the ESA has already resulted in greater engagement on conserving polar bears at an international level. This will facilitate The HSUS' ongoing advocacy for greater international protections for polar bears.

38. By example, just prior to last year's CITES meeting, two Parties to CITES that are also Parties to the Agreement – Russia and Norway – were considering making a formal recommendation to accord greater protection to polar bears by listing them on Appendix I of the Convention. Although this proposal was not formally recommended, the recent change in United States policy may influence whether CITES Parties make such a recommendation at the next meeting.

39. Moreover, the United States' ban on imports of sport-hunted polar bear trophies would be particularly important, because CITES Parties may decide for themselves whether to accept export quotas for sport-hunted specimens from Canada, and the United States' decision not to do so would likely be a factor in this decision. The HSUS and other non-governmental organizations concerned about conservation of polar bears will be able to use the United States' listing of the polar

14

bear under the ESA and ban on import of sport-hunted polar bear trophies to advocate for greater protections for polar bears by CITES Parties.

40. The relief sought in this case would allow trophy hunting of polar bears to continue at previous levels and potentially expand, continuing a unique and artificial source of mortality that is highly likely to contribute to the decline of polar bear populations. This would harm The HSUS' efforts to conserve polar bears, which The HSUS' members rely on the organization to undertake. It would also reduce HSUS members' opportunity to visit, watch, enjoy and appreciate polar bears and all that they contribute to Arctic ecosystems.

41. The HSUS' organizational mission and its advocacy efforts for the conservation of polar bears would be frustrated if import of sport-hunted polar bear trophies is again permitted. Moreover, The HSUS' substantial efforts already undertaken advocating for increased polar bear conservation measures would be undermined by the relief sought in this case. The HSUS relied on the fact that marine mammals listed under the ESA are automatically afforded additional protections under the MMPA – and specifically that import of polar bear trophies would be prohibited – when expending resources to advocate for the ESA listing of polar bears and other threatened or endangered animals.

42. Further, the United States' decision to ban the import of sport-hunted polar bear trophies will be used by The HSUS and other organizations seeking to conserve polar bears to advocate for similar proscriptions in other countries. Additional conservation measures in Canada have already been triggered by the ESA listing, and particularly by the United States' decision not to permit imports of polar bear trophies, and additional measures will certainly be considered by all polar bear range states and the international community. A reversal of the United States'

current policy on import of sport-hunted polar bear trophies would harm The HSUS' efforts to secure additional international conservation measures for polar bears.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Naomi A. Rose, Ph.D.

June 11, 2008