UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Misc. Action No. 1:08-0764 EGS

# EXHIBIT B

# Declaration of Linda Lopez in Support of Motion to Intervene

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE POLAR BEAR ENDANGERED SPECIES ACT LISTING AND § 4(d) RULE LITIGATION | Misc. Action No. 08-0764 (EGS) MDL Docket No. 1993 |
| This Document Relates To: No. 1:09-cv-245, *Conservation Force, et al. v. Kempthorne, et al.* | |

## DECLARATION OF LINDA LOPEZ

I, LINDA LOPEZ, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called upon to testify, could and would give competent testimony thereto.

2. I am the Director of Membership and Public Education for the Natural Resources Defense Council ("NRDC"). I have been the Director of Membership and Public Education for 21 years. My duties in this position include supervising the maintenance and updating of NRDC's membership database, which is a listing of those persons who are members of NRDC.

3. NRDC is a New York not-for-profit membership corporation, recognized under section 501(c)(3) of the United States Internal Revenue Code. NRDC has offices in New York, Washington, D.C., San Francisco, Santa Monica, Chicago, and Beijing.

4. NRDC's certificate of incorporation states that one of NRDC's purposes is "[t]o preserve, protect and defend natural resources, wildlife and the environment against encroachment, misuse and destruction" and "[t]o take whatever legal steps may be appropriate and proper to carry out the foregoing purposes."

5. NRDC's membership database is maintained in computer format at Public Interest Data, Inc., 1800 Diagonal Road, Suite 400, Alexandria, Virginia, 22314. I and the staff of NRDC's Membership and Public Education work at the NRDC's

1

headquarters located at 40 West 20th Street, New York, NY 10011. The membership database is accessible by computer from the NRDC office.

6. NRDC's by-laws state that: "[u]nless otherwise directed by the Board of Trustees, a person shall become a member . . . by submitting a membership application offered by the Corporation or by making a contribution to the Corporation accompanied by a statement requesting membership in the Corporation."

7. Membership in NRDC is renewed on an annual basis through payment of renewal membership dues.

8. A typical NRDC membership sign-up form states, "YES, I WANT TO JOIN NRDC. Please take legal action and wage campaigns on my behalf to defend our planet's endangered wildlife, wilderness, and environment." The membership sign-up form states further that NRDC's work depends in part on our members' "participation in our citizen lawsuits."

9. The protection of threatened species is an important part of NRDC's institutional mission. In keeping with this mission, NRDC regularly campaigns for the protection of polar bears. NRDC maintains a "Polar Bear SOS" website (www.polarbearsos.org) that features news updates, action alerts, and educational materials concerning the protection of polar bears. NRDC members are also updated on issues impacting polar bears through information available on the NRDC website, annual reports, the quarterly On Earth magazine, and other mailings. The participation and input that we have received from members demonstrates that polar bear preservation issues are among the most important issues to our members.

10. NRDC has more than 429,367 members nationwide. There are NRDC members residing in each of the fifty United States and in the District of Columbia and Puerto Rico.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 18, 2009, at New York, New York.

_____
LINDA LOPEZ

3