THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE POLAR BEAR ENDANGERED ) <br> SPECIES ACT LISTING AND § 4(d) ) <br> RULE LITIGATION ) <br> _____ ) <br> This Document Relates To: ) <br> *Conservation Force, Inuvialuit Game* ) <br> *Council, et al. v. Salazar, et al.,* ) <br> *No. 1:09-cv-245* ) <br> _____ ) | Misc. Action No. 08-0764 (EGS) <br> MDL Docket No. 1993 |

### DECLARATION OF DR. MILTON FREEMAN

I, Milton Freeman, hereby declares as follows:

1.  The <u>Polar Bear Administrative Committee</u> (consisting of the eight territorial, provincial and federal wildlife authorities responsible for polar management in Canada) in their March 23 2007 submission expressed concern that: *"There is a conservation benefit from [trophy hunts] as 30% of hunts are unsuccessful. Since these tags may not be re-issued, the total harvest of polar bears is reduced"*. See attached Appendix to a typical Polar Bear Management Memorandum of Understanding Appendix setting forth the nature of the sex selective harvest of bear.

2.  The PBAC submission, in noting an earlier FWS assessment had identified a number of MMPA-compliant polar bear populations in Canada, emphasizing that:

    *Northern communities recognize the need to meet these principles under the MMPA and <u>their support is crucial to implement conservation practices under the current co-management framework</u> with Aboriginal governments.* (emphasis added).

3.   The PBAC also makes reference to the commitment made by these post-land claim Aboriginal regional authorities to insure *"protection of millions of hectares of polar bear denning and summer habitat"*.

4.   It is important to stress the critical importance of maintaining a satisfactory level of goodwill and trust to allow the on-going, and highly effective, adaptive co-management arrangements to function. It is widely acknowledged that these co-operative arrangements have, without doubt, contributed significantly to the doubling, and in some cases trebling, of polar bear numbers throughout the Canadian Arctic over the past thirty years (despite a warming climatic trend and the removal of between 500 – 600 polar bears annually in permitted hunts).

5.   The success in ensuring full compliance with quotas (including quota reductions) is a result of the cooperative approach taken in the Canadian management/conservation process, which until now has worked well.

6.   However, that goodwill must be nurtured, as pointed out <u>Dr. Andrew Derocher</u> (Chair of the IUCN-PBSG) when he urged the FWS (April 8 2007) to permit the continued import in the U.S. of polar bear trophies, noting:

> *"the <u>economic</u> importance of this species to northern communities is <u>fundamental to the long-term management of these populations</u>. Maintaining the <u>economic incentives… is beneficial… for</u> maintenance of research and monitoring programs."* (emphasis added).

7.Other submission to the FWS, including a <u>Congressional Research Services</u> report to Congress on polar bears and the ESA (dated March 30, 2007), and the <u>Association of Fish and Wildlife Agencies</u> (AFWA, April 9, 2007), warn of impacts an ESA listing could have on conservation programs outside the U.S. The AFWA submission noted:

> *"we are concerned that a listing of polar bears under the ESA in the U.S. may actually be harmful for the conservation of polar bears internationally... [and] that we need to continue cooperative conservation work worldwide under international agreements for the long-term health of all Arctic populations"*

8.In an article, about to be published in the book "Inuit, Polar Bears and Sustainable Use" (Canadian Circumpolar Institute Press, Spring 2009), one of the Nunavut co-management partners also refers to current tensions threatening the until-now durable polar bear management arrangements in the Canadian Arctic. These tensions relate to the unforgiving one-size-fits-all ESA listing approach and the associated MMPA import ban, the consequences of which cause serious distress to communities where polar bears are certainly not declining in the manner reported for the Western Hudson Bay polar bear population (which appears to provide the critical evidence upon which the ESA listed is heavily based). Other recent refereed articles[1] report the same serious repercussions.

9.The conservation benefits of a well-regulated trophy hunt, nearly all of which are very likely to apply, in varying degrees, in all trophy hunts in the Canadian Arctic

---

[1] Freeman & Wenzel (2006), in *Arctic* 59(1) 21-30; Dowsley and Wenzel (2008), in *Arctic* 61(2):177-189.

include: (1) the selective hunting of male animals, (2) non-transferability of permits from unsuccessful hunts, (3), fees providing economic incentives (enforced through social pressure) to comply with conservation regulations (e.g. MMPA), (4), high value accorded polar bear habitat protection during land-use licensing assessments, (5) inexpensive and extensive sampling/monitoring/research services provided by hunters, (6) management agencies' support for guided hunts contributes to maintaining the goodwill essential for effective adaptive management programs (for all species) in the Canadian Arctic.

10. The polar bear hunts, if occurring at all in Churchill or Manitoba (where the polar bear is a protected species), are extremely rare and the result of nuisance kills in defence of human life.

11. The harvesting of large male bear is sanctioned by all management authorities.

12. I am unaware of any instance in which HSUS, IFAW or Defenders of Wildlife have directly contributed in Canada to the management or conservation of polar bear. They are not participants in that sense at all.

13. Canada exercises management responsibility over 13 of the 19 regional populations of polar bear worldwide (representing ~ 60% of the global polar bear population). The number of polar bears taken each year in Canada is decided on a population by population basis according to the best available science and augmented by local experts' verifiable observations. This number will not decrease as a result of the ESA listing.

14. Replacing a selective harvest of male bears taken by trophy hunters with an opportunistic subsistence hunt will in all probability (a) increase the removal of breeding female bears from the population (through hunting and some existing level of male bear predation on female bears), and (b) increase the largest source of sub-adult polar bear mortality (caused by male bear predation on cubs and juvenile bears). The loss of the trophy hunt will also reduce revenues and incentives that flow from visiting hunters' required permits and fees.

15. I am Senior Research Scholar at the Canadian Circumpolar Institute, University of Alberta. I obtained a B.Sc degree in Zoology in 1958 and a Ph.D degree in Marine Ecology from McGill University in 1965. My research career in the Arctic began in 1957 and has resulted in more than 100 publications on arctic wildlife ecology, use and management. I have published several papers on polar bear ecology and management (beginning in 1973), and since 2005 I have been the leader of a multidisciplinary research project focused upon polar bear hunting, conservation, and governance carried out by a team of 17 researchers (from Canada, Norway, U.K. and U.S).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

March 27, 2009

_____
Dr. Milton Freeman

5