IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
IN RE POLAR BEAR ENDANGERED                 )
SPECIES ACT LISTING AND § 4(d)              )    Misc. Action No. 08-0764 (EGS)
RULE LITIGATION                             )    MDL Docket No. 1993
_____)
This Document Relates To:                   )
                                            )
RONALD E. KREIDER                           )    Civ. No. 08-4662 (E.D. Pa.)
                                            )
        Plaintiff,                          )
v.                                          )
                                            )
KENNETH SALAZAR, et al.,                    )
                                            )
        Defendants,                         )
                                            )
and                                         )
                                            )
THE HUMANE SOCIETY OF THE                   )
UNITED STATES,                              )
2100 L Street, N.W.                         )
Washington, D.C. 20037,                     )
                                            )
INTERNATIONAL FUND FOR                      )
ANIMAL WELFARE,                             )
1350 Connecticut Avenue N.W.                )
Washington, D.C. 20036                      )
                                            )
DEFENDERS OF WILDLIFE,                      )
1130 17th Street, N.W.                      )
Washington, D.C. 20036,                     )
                                            )
Intervenor-Defendants.                      )
_____)

**ANSWER**

Intervenor-Defendants The Humane Society of the United States, International Fund for

Animal Welfare, and Defenders of Wildlife hereby answer Plaintiff Ronald E. Kreider's Petition

for Review as follows:

1.-2.   Intervenors lack information or knowledge sufficient to form a belief as to the truth of these paragraphs.

3.   This paragraph contains Plaintiff's legal conclusions to which no responses are required, and is denied on that basis.

4.   With regard to the first sentence, intervenors admit that the Secretary of the Interior is a Federal respondent in this action, but aver that Kenneth Salazar holds that position today.  With regard to the second sentence, intervenors admit that the Director of the Fish & Wildlife Service also has responsibility for the challenged decision, but aver that Rowan Gould holds that position.

5.   Admitted.

6.   Intervenors lack information or knowledge sufficient to form a belief as to the truth of this paragraph.

7.   This paragraph contains Plaintiffs' characterization of the Endangered Species Act, which speaks for itself and is the best evidence of its contents.

8.   Admitted.

9.   Intervenors lack information or knowledge sufficient to form a belief as to the truth of this paragraph, but deny that the prohibition on import of polar bear trophies undermines conservation.

10.   Intervenors lack information or knowledge sufficient to form a belief as to the truth of this paragraph.

11.   Denied.

12.   Intervenors lack information or knowledge sufficient to form a belief as to the truth of this paragraph.

13.     Admitted.

14.     This paragraph contains legal conclusions to which no response is required, and is

        denied on that basis.

15.     Intervenors lack information or knowledge sufficient to form a belief as to the

        truth of this paragraph.

16.     This paragraph contains Plaintiff's characterization of the Marine Mammal

        Protection Act, which speaks for itself and is the best evidence of its contents.

17.-18.   These paragraphs contain Plaintiff's legal conclusions to which no response is

        required, and are denied on that basis.

19.     Admitted.

20.     This paragraph contains Plaintiff's characterization of the Marine Mammal

        Protection Act, which speaks for itself and is the best evidence of its contents.

21.     Intervenors lack knowledge or information sufficient to form a belief about the

        truth of this paragraph.

22.-23.  These paragraphs contain requests for relief, not statements of fact, and require

        no response.

24.     This paragraph contains Plaintiff's reservation of their right to amend, not

        statements of fact, and requires no response.

## AFFIRMATIVE DEFENSES

1.  The Complaint fails to state a claim upon which relief may be granted.

2.  The Complaint fails to challenge a final agency action under the Administrative

    Procedure Act.

## REQUEST FOR RELIEF

WHEREFORE, Intervenor-Defendants respectfully request that the court grant the following relief:

        A.  Enter Judgment in favor of Defendants and Intervenor Defendants;

        B.  Dismiss Plaintiff's Claims;

        C.  Award Intervenor-Defendants' their costs and attorneys' fees; and

        D.  Order such other relief that is just and proper.

Respectfully Submitted,

/s/ Howard M. Crystal
Howard M. Crystal
(D.C. Bar No. 446189)

/s/ Eric R. Glitzenstein
Eric R. Glitzenstein
(D.C. Bar No. 358287)

Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C. 20009
(202) 588-5206

April 16, 2009                 Attorneys for Intervenor-Defendants