**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE POLAR BEAR ENDANGERED SPECIES ACT LISTING AND § 4(d) RULE LITIGATION | ) ) ) ) ) ) ) ) |
|  | Misc. Action No. 08-764 (EGS) MDL Docket No. 1993 |
| This Document Relates To: CONSERVATION FORCE et al. v. KEMPTHORNE et al., No. 09-245 (EGS) | ) ) ) ) ) |

**(PROPOSED) ORDER GRANTING**
**PLAINTIFFS CONSERVATION FORCE ET AL.'S MOTION TO COMPEL**
**SUPPLEMENTATION OF ADMINISTRATIVE RECORD**

For good cause showing, the Court hereby GRANTS motion of Plaintiffs Conservation Force et al. to compel supplementation of the administrative record by adding the COSEWIC's 2008 *Assessment and Update Status Report on the Polar Bear Ursus maritimus in Canada* and related correspondenc.

DATE: _____    _____
                                  Emmet G. Sullivan
                                  United States District Judge