IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE POLAR BEAR ENDANGERED SPECIES ACT LISTING AND § 4(d) RULE LITIGATION | ) ) ) ) ) | Misc. Action No. 08-764 (EGS) MDL Docket No. 1993 |
| This Document Relates To: *Atcheson et al. vs. Salazar et al.* No. 1:09-CV-00941-EGS | ) ) ) ) ) ) ) | |

**NOTICE OF JOINT FILING APPENDIX OF RELEVANT**

**ADMINISTRATIVE RECORD**

Pursuant to this Court's Order, dated August 21, 2010, plaintiffs' notify the Court that defendants' have jointly submitted copies of their portions of the Administrative Record cited in their briefs. Plaintiffs' are providing a bound copy of the cited portions of the Record to the Court by Courier, April 9, 2010.

Dated: April 9, 2010

Respectfully submitted,

/S/ John J. Jackson, III

JOHN J. JACKSON, III
DCBN  432019
Attorney for Plaintiffs Atcheson et al.
3240 S I-10 Service Rd. W., Ste. 200
Metairie, LA  70001-6911
T: 504-837-1233
F: 504-837-1145
E: jjw-no@att.net