**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE POLAR BEAR ENDANGERED SPECIES ACT LISTING AND § 4(d) RULE LITIGATION** | **Misc. Action No. 08-0764 (EGS)** <br><br> **MDL Docket No. 1993** |
| **This Document Relates To These § 4(d) Rule Cases:** <br><br> *Center for Biological Diversity, et al., v. Salazar, et al.*, No. 1:08-cv-2113; <br> *Defenders of Wildlife v. United States Department of the Interior*, No. 1:09-cv-153 | |

**DEFENDANT-INTERVENOR STATE OF ALASKA'S SUPPLEMENTAL REPLY
MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING ITS
AND ALASKAN DEFENDANT-INTERVENORS'
<u>CROSS-MOTIONS FOR SUMMARY JUDGMENT ON § 4(d) RULE CLAIMS</u>**

Pursuant to the Court's August 21, 2009 Order (Doc. #115), Defendant-Intervenor State of Alaska ("Alaska" or the "State") files this supplemental reply memorandum in further support of its own (*see* Doc. #188) and the Alaskan Defendant-Intervenors' cross-motions for summary judgment (*see* Doc. #186) in the § 4(d) Rule cases.

## Introduction

The bases and conditions on which Alaska is participating as a Defendant-Intervenor in these § 4(d) Rule cases are set out in Alaska's initial supplemental briefing in these cases (*see* Doc. #188 & Doc. #189).

## Argument

As before, the bases, legal argument, and record documentation supporting each of the points made by Alaska in these § 4(d) Rule cases have been amply set forth in the sections of the briefing of the Federal Defendants (Doc. #205, as corrected by Doc. #206), the National Trade Associations (Doc. #209), and the Arctic Slope Regional Corporation ("ASRC") (Doc. #210), which sections are identified below and incorporated by Alaska herein, and also in the Reply of the Alaskan Defendant-Intervenors (Doc. #212), to which Alaska is one of the parties submitting that joint brief.  Those arguments and support on reply need not be repeated by the State here. Instead, in the interest of efficiency,[1] the State incorporates by reference, in addition to the points already made in Alaskan Defendant-Intervenors' joint reply briefing on their cross-motion for summary judgment, the specific briefing from other parties on reply in these § 4(d) Rule cases on these points as follows.

---

[1] *See* Doc. #2 at 3 ("Any paper filed herein that is substantially identical to any other paper filed herein shall be sufficient if it incorporates by reference the paper to which it is substantially identical.").

- <u>Concerning the "(q)(2)" provision and the retention of MMPA and CITES (Convention on International Trade in Endangered Species of Wild Fauna and Flora) authorizations</u>:  Alaska incorporates by reference the Federal Defendants' reply memorandum (Doc. #205) at 8-16; and the ASRC's memorandum (Doc. #210) at §§ I and II (pp. 2-9).

- <u>Concerning the "(q)(4)" provision</u>:  Alaska incorporates by reference the Federal Defendants' reply memorandum (Doc. #205) at 19-24; and the National Trade Associations' reply memorandum (Doc. #209) at 9-11.

- <u>Concerning the § 4(d) rule's compliance with NEPA</u>:  Alaska incorporates by reference the arguments on this point in the Federal Defendants' reply memorandum (Doc. #205) at 25-33; and the National Trade Associations' reply memorandum (Doc. #209) at 11-12 (§ II).

## **Conclusion**

The Federal Defendants', Alaskan Defendant-Intervenors', and State of Alaska's cross-motions for summary judgment in the § 4(d) Rule cases should be granted, and CBD, et al.'s motion for summary judgment should be denied.

DATED this 16th day of August, 2010.

                Respectfully submitted,

                **Counsel for the State of Alaska**

                /s/ Murray D. Feldman
                Murray D. Feldman
                Holland & Hart LLP
                P.O. Box 2527
                Boise, Idaho  83701-2527
                Telephone:  (208) 342-5000
                Facsimile:  (208) 343-8869
                Email:  mfeldman@hollandhart.com

                Craig D. Galli (DC Bar No. 414395)
                Holland & Hart LLP
                60 E. South Temple, Suite 2000
                Salt Lake City, UT  84111-1031
                Telephone:  (801) 799-5800
                Facsimile:  (801) 364-9124
                Email:  cgalli@hollandhart.com

                Bradley E. Meyen
                Assistant Attorney General
                State of Alaska
                Department of Law
                1031 W. 4th Avenue, Suite 200
                Anchorage, AK  99501
                Telephone:  (907) 269-5232
                Facsimile:  (907) 279-2834
                Email:  brad.meyen@alaska.gov

4893031_1.DOC