# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE POLAR BEAR ENDANGERED SPECIES ACT LISTING AND § 4(d) RULE LITIGATION** | **Misc. Action No. 08-0764 (EGS)** |
| | **MDL Docket No. 1993** |
| **This Document Relates To These Listing Rule Cases:** *State of Alaska v. Salazar, et al.*, No. 1:08-cv-1352; *Safari Club Int'l, et al. v. Salazar, et al.*, No. 1:08-cv-1550; *California Cattlemen's Ass'n, et al. v. Salazar, et al.*, No. 1:08-cv-1689; *Center for Biological Diversity, et al., v. Salazar, et al.*, No. 1:08-cv-2113; *Conservation Force, et al. v. Salazar, et al.*, No. 1:09-cv-245 | |

## PLAINTIFF STATE OF ALASKA'S SUPPLEMENTAL MEMORANDUM REGARDING *DEFENDERS OF WILDLIFE V. SALAZAR*

Pursuant to the Court's Minute Order of August 11, 2010, the State of Alaska ("State" or "Alaska") submits this supplemental memorandum discussing how the opinion in *Defenders of Wildlife, et al. v. Salazar, et al.*, Nos. 09-77 and 09-82, 2010 WL 3084194 (D. Mont. Aug. 5, 2010), applies, if at all, to the issues presented in this case.

In the interest of efficiency,[1] the State incorporates by reference the supplemental memorandum regarding the *Defenders of Wildlife v. Salazar* decision submitted by defendant-intervenor Alaska Oil and Gas Association (and joined by others) in this consolidated MDL proceeding. As explained in more detail there, it is Alaska's position that the *Defenders* decision does not apply as precedent or other persuasive or applicable authority on the merits issues presented in the Polar Bear Listing Rule and Section 4(d) Rule litigation.

---

[1] *See* Doc. #2 at 3 ("Any paper filed herein that is substantially identical to any other paper filed herein shall be sufficient if it incorporates by reference the paper to which it is substantially identical.").

DATED this 24th day of August, 2011.

Respectfully submitted,

**Counsel for the State of Alaska**

/s/ Murray D. Feldman
Murray D. Feldman
Holland & Hart LLP
P.O. Box 2527
Boise, Idaho  83701-2527
Telephone:  (208) 342-5000
Facsimile:  (208) 343-8869
Email:  mfeldman@hollandhart.com

Craig D. Galli (DC Bar No. 414395)
Holland & Hart LLP
60 E. South Temple, Suite 2000
Salt Lake City, UT  84111-1031
Telephone:  (801) 799-5800
Facsimile:  (801) 364-9124
Email:  cgalli@hollandhart.com

Bradley E. Meyen
Assistant Attorney General
State of Alaska
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK  99501
Telephone:  (907) 269-5232
Facsimile:  (907) 279-2834
Email:  brad.meyen@alaska.gov

4899340_1.DOC