UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE POLAR BEAR ENDANGERED SPECIES ACT LISTING AND § 4(d) RULE LITIGATION** | Misc. Action No. 08-764 (EGS) MDL Docket No. 1993 |
| **This Document Relates To:** *State of Alaska v. Salazar, et al.*, No. 08-1352 (EGS); *Safari Club Int'l, et al. v. Salazar, et al.*, No. 08-1550 (EGS); *California Cattlemen's Ass'n, et al., v. Salazar, et al.*, No. 08-1689 (EGS); *Ctr. for Biological Diversity, et al. v. Salazar, et al.*, No. 08-2113 (EGS); *Conservation Force, et al., v. Salazar, et al.*, No. 09-245 (EGS) | |

**ORDER**

**The parties are directed to read this Order in its entirety upon receipt.**

Pursuant to this Court's Minute Order dated May 27, 2010, whereby a hearing on the parties' cross-motions in the above-captioned cases ("Listing Cases") was scheduled for October 20, 2010, at 10:00 a.m. in Courtroom 24A, it is hereby **ORDERED** that:

(1) The Court shall allow 4 hours for oral argument. The Court may take additional time as necessary to explore significant issues; however, in no event will the hearing extend

beyond one day.  Given this time frame, the parties are advised that not every claim addressed in their cross-motions can or should be argued.

(2)  The parties are directed to confer and, by no later than October 1, 2010, submit to the Court a joint recommendation that sets out: (a) the names of counsel who will appear on behalf of each party; (b) the approximate amount of argument time allocated to each party, assuming a total of 4 hours; (c) the order in which the parties expect to present their arguments; and (d) any other information necessary or helpful for the conduct of this hearing.  Notwithstanding this joint recommendation, however, the parties are advised that the Court retains flexibility to structure the hearing in a way that best serves its needs.

(3)  In the interests of efficiency and minimizing duplicative arguments, only one party shall argue any claim that was briefed jointly.  The Court strongly suggests that one representative party argue all claims briefed jointly by Plaintiffs State of Alaska, Safari Club International *et al.*, California Cattlemen's Association *et al.*, and Conservation Force *et al.*  *See* Joint Motion for Summary Judgment on Listing Rule Claims (Docket No. 127);  Joint Plaintiffs' Memorandum Opposing Federal Defendants' and Defendant Intervenors' Cross-Motions for Summary Judgment on Listing Rule Claims (Docket No. 170);  and

Joint Plaintiffs' Reply Supporting Their Motion for Summary Judgment on Listing Rule Claims (Docket No. 171).  Any unique claims raised by these parties in their supplemental memoranda may be argued separately.

 (4)  Use of technology such as PowerPoint is permitted if it will be helpful to the Court and does not unduly complicate the proceedings.  To make arrangements for use of courtroom technology, the parties shall contact John Cramer at 202-354-3019 in advance of the hearing.  Any PowerPoint presentations shall also be provided in hard copy to the Court, court staff, and all counsel present at the hearing.

 (5)  The parties are encouraged to provide the Court and court staff with hard copies of any record document <u>substantially</u> relied upon at oral argument.  Exhibits outside the scope of the designated administrative record for the Listing Cases shall not be permitted.

 (6)  Counsel arguing on behalf of any party must appear in person.  Appearances by telephone shall not be permitted.

 (7)  In view of this Court's limited resources, no one should contact chambers by telephone absent exigent circumstances.  In the event, however, that it is absolutely necessary to communicate with Judge Sullivan's staff regarding the scheduling or conduct of this hearing, chambers may be contacted at 202-354-3260, or the courtroom deputy, Carol

Votteler, may be contacted at 202-354-3152.  The parties are directed not to call chambers without opposing counsel on the line.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**September 21, 2010**