**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **IN RE POLAR BEAR ENDANGERED SPECIES ACT LISTING AND § 4(d) RULE LITIGATION** | ) ) ) ) ) ) | |
| | | **Misc. Action No. 1:08-mc-00764 (EGS)** |
| | ) | **MDL Docket No. 1993** |
| **This Document Relates To:** | ) ) | |
| *Center for Biological Diversity, et al. v. Salazar, et al.*, No. 1:08-cv-2113 | ) ) ) ) | |
| *Defenders of Wildlife v. United States Dept. of the Interior*, No. 1:09-cv-153 | ) ) ) ) ) | |

**DEFENDANT-INTERVENORS ALASKA OIL AND GAS ASSOCIATION'S AND ARCTIC SLOPE REGIONAL CORPORATION'S SUPPLEMENTAL MEMORANDUM REGARDING ISSUE RAISED IN COURT'S OCTOBER 20, 2010 MINUTE ORDER**

70356290.2 0010627-00013

Defendant-Intervenors Alaska Oil and Gas Association ("AOGA") and Arctic Slope

Regional Corporation ("ASRC") respectfully submit this memorandum in compliance with the

Court's Minute Order of October 20, 2010.  The Court directed the parties to address the

following question:  "Is the agency required to follow 'notice and comment' rule-making

procedures on remand if the court were to remand to the agency for the limited purpose of

providing additional explanation for its interpretation of the phrase 'in danger of extinction' in

the polar bear Listing Rule?"  Pursuant to the Court's suggestion that the parties file joint

memoranda to address this question, AOGA and ASRC hereby adopt and incorporate the

arguments and authorities set forth in the Plaintiffs' State Of Alaska; Safari Club International, et

al.; Conservation Force, et al.; and California Cattlemen's Association, et al. Supplemental

Memorandum Responding To Court's October 20, 2010 Minute Order Regarding Notice And

Comment Rulemaking.  *See* Dkt. #228.  Pursuant to those arguments and authorities, the Court

should find that the agency is not required to follow notice and comment rule-making procedures

in the event of a remand as described in the Court's October 20, 2010 Minute Order.

DATED this 27th day of October, 2010.

/s/ Ryan P. Steen
Jeffrey W. Leppo (D.C. Bar No. 493482)
Ryan P. Steen (Admitted *Pro Hac Vice*)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, Washington  98101
Telephone:  (206) 386-7641
Facsimile:  (206) 386-7500
jwleppo@stoel.com
rpsteen@stoel.com

*Attorneys for Defendant-Intervenor*
*Alaska Oil and Gas Association*

1

/s/ Margaret P. Strand
Margaret P. Strand (D.C. Bar No. 936419)
John F. Cooney (D.C. Bar No. 936336)
David L. Feinberg (D.C. Bar No. 982635)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C.  20004
Telephone:  (202) 344-4699
Facsimile:  (202) 344-8300
mnstrand@venable.com
jfcooney@venable.com

/s/ Kevin M. Cuddy
Jeffrey M. Feldman
Kevin M. Cuddy
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska  99501
Telephone:  (907) 272-3538
Feldman@frozenlaw.com
cuddy@frozenlaw.com

*Attorneys for Defendant-Intervenor*
*Arctic Slope Regional Corporation*

70356290.2 0010627-00013

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2010, I electronically filed the foregoing *Defendant-Intervenors Alaska Oil and Gas Association's and Arctic Slope Regional Corporation's Supplemental Memorandum Regarding Issue Raised in Court's October 20, 2010 Minute Order* with the Clerk of the Court for the United States District Court – District of Columbia by using the CM/ECF system.  Participants in this case No. 1:08-mc-00764 (EGS) who are registered CM/ECF users will be served by the CM/ECF system.


/s/ Ryan P. Steen

70356290.2 0010627-00013