IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE POLAR BEAR ENDANGERED SPECIES ACT LISTING AND § 4(d) RULE LITIGATION ) ) ) ) ) ) ) This Document Relates To: ) ) California Cattlemen's Ass'n, et al. v. Salazar, et al., No. 1:08-cv-1689; ) ) Center for Biological Diversity, et al., v. Salazar, et al., No. 1:08-cv-2113; ) ) Conservation Force, et al. v. Salazar, et al., No. 1:09-cv-245; ) ) Safari Club Int'l, et al. v. Salazar, et al., No. 1:08-cv-1550; ) ) State of Alaska v. Salazar, et al., No. 1:08-cv-1352. ) ) ) | Misc. Action No. 08-764 (EGS) MDL Docket No. 1993 |

**NOTICE OF COMPLETION OF REMAND**

Federal Defendants hereby provide a notice of completion of remand in response to the

Court's November 4, 2010 Memorandum Opinion and Order (Dkt. # 235 and 236) remanding to

the U.S. Fish and Wildlife Service ("Service") its final listing determination under the

Endangered Species Act ("ESA") for the polar bear (*Determination of Threatened Status for the*

*Polar Bear (Ursus maritimus) Throughout Its Range*, 72 Fed. Reg. 28,212 (May 15, 2008)) "for

the limited purpose of providing additional explanation for the legal basis of its listing determination, and for such further action as it may wish to take in light of the Court's finding that the definition of 'endangered species' under the ESA is ambiguous." Dkt. # 235 at 1. The Service's memorandum issued for the remand is attached as Exhibit 1.

Dated: December 22, 2010

                                        Respectfully submitted,

                                        IGNACIA S. MORENO
                                        Assistant Attorney General
                                        Environment & Natural Resources Division

                                        SETH M. BARSKY, Section Chief
                                        KRISTEN L. GUSTAFSON, Asst. Section Chief

                                        /s/ Clifford E. Stevens, Jr.
                                        CLIFFORD E. STEVENS, JR.
                                        Trial Attorney (SBN 463906 (DC))
                                        U.S. Department of Justice
                                        Environment & Natural Resources Division
                                        Wildlife & Marine Resources Section
                                        Ben Franklin Station, P.O. Box 7369
                                        Washington, D.C. 20044-7369
                                        Telephone: (202) 353-7548
                                        Facsimile: (202) 305-0275
                                        Email: clifford.stevens@usdoj.gov

                                        /s/ Robert P. Williams
                                        ROBERT P. WILLIAMS
                                        Trial Attorney (SBN 474730 (DC))
                                        U.S. Department of Justice
                                        Environment & Natural Resources Division
                                        Wildlife & Marine Resources Section
                                        Ben Franklin Station, P.O. Box 7369
                                        Washington, D.C. 20044-7369
                                        Telephone: (202) 305-0210
                                        Facsimile: (202) 305-0275
                                        Email: robert.p.williams@usdoj.gov

/s/ Meredith L. Flax
MEREDITH L. FLAX
Sr. Trial Attorney (D.C. Bar No. 468016)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section Ben Franklin
Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
Meredith.Flax@usdoj.gov

*Attorneys for Federal Defendants*